Richard McKnight , Esq.
Nevada Bar No. 001313
LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-0108
*Attorney for Bob Stupak*

Law Offices of Richard McKnight, P.C.
330 S. Third Street- Suite 900
Las Vegas, Nevada 89101-6032
Voice: 702-388-7185~~~Fax: 702-388-0108

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br><br>Debtors. | Case № BK-S-06-10725-LBR<br>Case № BK-S-06-10726-LBR<br>Case № BK-S-06-10727-LBR<br>Case № BK-S-06-10728-LBR<br>Case № BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case № BK-S-06-10725-LBR<br><br>Adversary Case No.: 08-01115-LBR |
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BOB STUPAK, an individual,<br><br>Defendant. | **JURY DEMANDED** |

## AMENDED ANSWER TO COMPLAINT

COME NOW Defendant, Bob Stupak, by and through his attorneys, Law Offices of Richard McKnight, P.C., and as and for his answer to the Complaint To Avoid And Recover Pre-

Petition Transfers Pursuant To 11 U.S.C. §§ 547, 548 and 550 on file herein, admits, denies and alleges as follows:

1. This answering Defendant admits the allegations contained in paragraphs 1, 2, 3, 7 and 27 of the complaint on file herein.

2. In answer to paragraph 8 of the complaint Defendant denies he is the Transferee but admits that he was transacting business with USACM prior to the commencement of the Case.

3. This answering Defendant denies, generally and specifically, each and every allegation contained in paragraphs 12, 13, 14, 15, 17, 18, 19, 22, 24, 25, 28, 29 and 30 of the complaint on file herein.

4. This answering Defendant is without knowledge sufficient to form a belief as to the allegations contained in paragraphs 4, 5, 6, 10, 11 and 21 of the complaint on file herein and, therefore, denies same.

5. In response to paragraphs 9, 16, 20, 23 and 26 of the Complaint, this answering Defendant repeats and realleges the denials, admissions and allegations stated above.

FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by failure and lack of consideration.

THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by failure to make payment.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by failure to name proper party defendant.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by its own breaches.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has caused various condition precedents to fail.

NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate its alleged damages.

TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by waiver.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff, through its own acts and omissions, is the cause of its alleged injuries.

TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has released defendants from any obligations due and owing.

THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is not timely and barred by the applicable statute of limitations.

FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff received contemporaneous consideration for the payment alleged in the complaint.

FIFTEENTH AFFIRMATIVE DEFENSE

In order to defend these action, it was necessary for defendants to retain the services of

counsel to represent defendants and defendants are entitled to a fair and reasonable sum as and for attorneys' fees therefor together with costs of suit incurred herein.

SIXTEENTH AFFIRMATIVE DEFENSE

Defendants hereby incorporates by reference those affirmative defenses enumerated in Rule 7008 of the Federal Rules of Bankruptcy Procedure as if fully set forth herein. In the event further investigation or discovery reveals the applicability of such defenses, defendants reserve the right to seek leave of Court to amend this Answer to specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

WHEREFORE, defendants pray for judgment as follows:

1. That plaintiff take nothing by way of its complaint.
2. For costs of suit and attorney's fees.
3. For such other and further relief as to the court may seem just and proper in the premises.

Dated this 9th day of May 2008.

**LAW OFFICES OF RICHARD MCKNIGHT, P.C.**

By: /s/Richard McKnight
Richard McKnight, Esq.
State Bar No. 1313
330 S. Third St., #900
Las Vegas, NV 89101
*Attorneys for Bob Stupak*

Plaintiff hereby demands trial by jury on all issues triable by a jury.