**Entered on Docket**
**September 10, 2008**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * * * *

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORT. CO., and<br>Jointly Administered Cases<br>Debtor(s).<br>_______________________________<br>USACM LIQUIDATING TRUST,<br><br>Plaintiff(s),<br>vs.<br>BOB STUPAK, an Individual,<br>Defendants(s).<br>_______________________________ | BK-S-06-10725-LBR<br>Chapter 11<br><br>ADV. NO.: S- 081115<br><br>Scheduling Conference:<br>Date: November 18, 2008<br>Time: 10:30 a.m. |

**ORDER RE SCHEDULING CONFERENCE**

A scheduling conference having been held in this matter, IT IS HEREBY ORDERED THAT:

A continued scheduling conference will be held on November 18, 2008 PROMPTLY at 10:30 a.m. in the courtroom of Bankruptcy Judge Linda B. Riegle, Courtroom #1, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. **If settlement documents or a dismissal is filed before the continued hearing date, the hearing will be vacated**.

**FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

Copies noticed through ECF to:
Rob Charles
Richard McKnight